IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FURMINATOR, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:10-CV-375-RWS |
| | ) | |
| COASTAL PET PRODUCTS INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT MOTION TO VACATE STATUS CONFERENCE FROM COURT'S CALENDAR

Plaintiff FURminator, Inc. ("FURminator") and Defendant Coastal Pet Products, Inc. ("Coastal"), hereby request that this Court vacate the upcoming status conference from the Court's calendar.  In support thereof, the parties state:

1. On March 23, 2011, this Court set a status conference for April 12, 2011 at 2 p.m. ECF No. 58.

2. On April 11, 2011, the parties executed a settlement agreement.  Pursuant to the settlement agreement, the parties will file a motion to dismiss this lawsuit as soon as possible.

3. In light of the parties' settlement, the parties respectfully request that status conference be vacated from the Court's calendar.

WHEREFORE, Plaintiff FURminator, Inc. and Defendant Coastal Pet Products, Inc. hereby respectfully request that this Court vacate the status conference set for April 12, 2011 from the Court's calendar.

5321473.1

Respectfully submitted,

| | |
|---|---|
|   /s/ Steven E. Garlock<br>THOMPSON COBURN LLP<br>Alan H. Norman<br>Steven E. Garlock<br>David B. Jinkins<br>Jonathan G. Musch<br>Fredericka B. Jura<br>One US Bank Plaza<br>St. Louis, MO  63101<br>(314) 552-6000<br>(314) 552-7000 (fax)<br><br>Attorneys for Plaintiff |   /s/ Derek J. Somogy<br>Edward G. Greive<br>Ray L. Weber<br>Derek J. Somogy<br>Renner, Kenner, Greive, Bobak, Taylor &<br>Weber Co., LPA<br>106 South Main Street, Suite 400<br>Akron, OH 44308<br><br>and<br><br>Keith J. Grady<br>Graham Day<br>Robyn Ast<br>Polsinelli Shughart PC<br>100 S. Fourth Street<br>Suite 1000<br>St. Louis, MO 63102<br><br>Attorneys for Defendant |

- 3 -

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on April 11, 2011, the foregoing document was served via ECF to all counsel of record including:

| | |
|---|---|
| Keith J. Grady | Derek J. Somogy |
| Graham Day | Renner, Kenner, Greive, Bobak, Taylor & |
| Polsinelli Shughart PC | Weber Co., LPA |
| 100 S. Fourth Street | 106 South Main Street, Suite 400 |
| Suite 1000 | Akron, OH 44308 |
| St. Louis, MO 63102 | |

*Attorneys for the Defendant*

                                                       /s/ Steven E. Garlock