IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FURMINATOR, INC. | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 4:10-CV-375-RWS |
| COASTAL PET PRODUCTS INC. | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL

Plaintiff FURminator, Inc. ("FURminator") and Defendant Coastal Pet Products, Inc. ("Coastal") state that pursuant to a separate Release and Settlement Agreement, the parties have fully compromised and settled between them all claims. It is hereby ordered that all of FURminator's claims asserted against Coastal in the above-captioned action are dismissed with prejudice. It is further ordered that all of Coastal's claims and counterclaims asserted against FURminator in the above-captioned action are dismissed with prejudice. Each party will bear its own costs and attorneys' fees. The court retains jurisdiction to enforce the parties' Release and Settlement Agreement until all obligations in the Release and Settlement Agreement have been fulfilled.

SO ORDERED this 15th day of April, 2011.

_____
Honorable Rodney W. Sippel
United States District Court Judge